PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Zellnia Tinsley  Cr.: 2:11-74(SRC)(1)
PACTS #: 60448

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler, United States District Judge

Date of Original Sentence: 5/17/11

Original Offense: Theft of Government Funds

Original Sentence: 3 years probation. $100 special assessment and $23,482 in restitution. Special conditions: 1) no new debt; and, 2) substance abuse testing and treatment.

Type of Supervision: Probation                           Date Supervision Commenced: 5/17/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On May 31, 2012, Tinsley tested positive for marijuana and she admitted to marijuana use. |

U.S. Probation Officer Action:

The frequency of drug testing has been increased and Tinsley will participate in substance abuse treatment to address her addiction issues. The probation office will continue to closely monitor her progress and will report any further noncompliance. We will present a copy of this document, once signed by the Court, to the offender as a formal written reprimand from the Court.

Respectfully submitted,

Maureen Kelly *(Digitally signed by Maureen Kelly, Supervising U.S. Probation Officer, email=Maureen_Kelly@njp.uscourts.gov, Date: 2012.07.19 21:02:14 -04'00')*

By: Adriana Garcia
U.S. Probation Officer
Date: 7/18/12

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[✓] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

7/20/12
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

SUPERVISION UNIT
20 WASHINGTON PLACE
6ᵗʰ FLOOR
NEWARK, NJ
(973) 645-6161
FAX: (973) 645-2155

July 18, 2012

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

Honorable Stanley R. Chesler
United States District Judge
Martin Luther King, Jr. Federal Building
and United States Courthouse
Post Office Box 0999
Newark, New Jersey 07102-0999

RE: TINSLEY, Zellnia
Docket #: 2:11-74(SRC)(1)
<u>Notice of Noncompliance</u>

Dear Judge Chesler:

On May 17, 2011, the above-referenced was sentenced by Your Honor to three years probation for Theft of Government Funds. A $100 special assessment and $23,482 in restitution were imposed. Tinsley was ordered to abide by a special condition of no new debt. On May 1, 2012, a substance abuse testing and treatment condition was added.

As detailed in the attached petition, Tinsley is in noncompliance with the conditions of supervision. We ask that Your Honor review and sign the attached document, *Report on Offender Under Supervision*, as a formal judicial reprimand. If Your Honor requests an alternative course of action, or wishes to discuss this matter further, please contact the undersigned at (973) 289-9167.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

Maureen Kelly *(digitally signed)*

By: Adriana Garcia
    U.S. Probation Officer

/ag
Attachment